## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT LEJA, Jr., *et al.* <br><br> v. <br><br> BROUSSEAU MANAGEMENT CO., L.L.C., *et al.* | **Case No. 3:19-cv-00269-BAJ-EWD** <br> FLSA Collective Action <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Erin Wilder-Doomes |

### JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The Parties have reached a Settlement Agreement in this Fair Labor Standards Act case.

The Parties seek Court approval of their settlement as more fully set forth in the attached memorandum. This motion is also supported by the Parties' settlement agreement, to be separately filed under seal.

The Settlement Agreement reached by the Parties represents a compromise of this litigation that will provide relief to all Plaintiffs. Plaintiffs have separately negotiated their attorneys' fees, which will not reduce the settlement amounts to qualifying class members.

Moreover, the settlement was reached after a half-day mediation with Magistrate Judge Erin Wilder-Doomes, before whom the Parties entered their settlement on the record.

The Parties have now finalized the terms of their proposed Settlement Agreement and therefore request that the Court approve the Settlement Agreement.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
    **Matthew S. Parmet**
    Louisiana Bar # 32855
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone  713 999 5228
fax     713 999 1187
matt@parmet.law

**Attorneys for Plaintiffs**


*/s/ William H. Caldwell*
Dale R. Baringer, LSBA # 02773
dale@baringerlawfirm.com
William H. Caldwell, LSBA #38152
william@baringerlawfirm.com
**THE BARINGER LAW FIRM II, L.L.C.**
201 Saint Charles Street
Baton Rouge, LA 70802
Telephone:   225.383.9953
Facsimile:    225.387.3198

James R. Bullman, Bar Roll No. 35064
**BLACKWELL & BULLMAN, LLC**
8322 One Calais Ave.
Baton Rouge, LA 70809
Telephone: (225) 478-8708
Facsimile: (225) 769-2463
Email: james@blackwell-bullman.com

**Attorneys for Defendants**