## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT LEJA, Jr., *et al.*<br><br>v.<br><br>BROUSSEAU MANAGEMENT CO., L.L.C., *et al.* | **Case No. 3:19-cv-00269-BAJ-EWD**<br>FLSA Collective Action<br><br>Judge Brian A. Jackson<br><br>Magistrate Judge Erin Wilder-Doomes |

**AMENDED JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

As directed by the Court, the Parties have amended their motion to approve settlement agreement to address the Court's concerns regarding Plaintiffs' attorneys' fees.

The Parties seek Court approval of their settlement as more fully set forth in their joint memorandum. As addressed in their joint motion to file the memorandum under seal, to more easily and clearly respond to the Court's concerns, the memorandum, amended declaration of Plaintiffs' counsel, and declaration Robert Leja contain excerpts of Plaintiffs' Attorney-Client Agreement and confidential terms, conditions, and details of the Parties' Settlement Agreement. Because the Settlement Agreement remains confidential and because Plaintiffs have not fully waived privilege with regard to their Attorney-Client Agreement, Plaintiffs have requested leave to file the memorandum and exhibits under seal.

The motion is also supported by the Parties' settlement agreement, previously filed under seal.

The Settlement Agreement reached by the Parties represents a compromise of this litigation that will provide relief to all Plaintiffs. As clarified in the memorandum, Plaintiffs separately negotiated their attorneys' fees, which are not taken as a contingent fee from Plaintiffs' recovery and therefore do not reduce the settlement amount to any Plaintiff.

Moreover, the settlement was reached after a half-day mediation with Magistrate Judge Erin Wilder-Doomes, before whom the Parties entered their settlement on the record.

The Parties therefore renew their request that the Court approve the Settlement Agreement.

                                          Respectfully submitted,

By: */s/ Matthew S. Parmet*
      **Matthew S. Parmet**
      Louisiana Bar # 32855
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone  713 999 5228
fax     713 999 1187
matt@parmet.law

**Attorneys for Plaintiffs**

*/s/ William H. Caldwell*
Dale R. Baringer, LSBA # 02773
dale@baringerlawfirm.com
William H. Caldwell, LSBA #38152
william@baringerlawfirm.com
**THE BARINGER LAW FIRM II, L.L.C.**
201 Saint Charles Street
Baton Rouge, LA 70802
Telephone:    225.383.9953
Facsimile:    225.387.3198

James R. Bullman, Bar Roll No. 35064
**BLACKWELL & BULLMAN, LLC**
8322 One Calais Ave.
Baton Rouge, LA 70809
Telephone: (225) 478-8708
Facsimile: (225) 769-2463
Email: james@blackwell-bullman.com

**Attorneys for Defendants**